[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 25, 2008
THOMAS K. KAHN
CLERK

No. 07-13954
Non-Argument Calendar

_____

D. C. Docket No. 07-80025-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AVA MONTALVO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 25, 2008)**

Before ANDERSON, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Ava Montalvo, has filed a motion to

withdraw on appeal supported by a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d. 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Montalvo's convictions and sentences are **AFFIRMED**.